**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
February 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| **MARHYURISH DIAZ SANJUDO,** § <br> A # 240 649 955, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> **U.S. IMMIGRATION AND CUSTOMS** § <br> **ENFORCEMENT, ET AL.,** § <br> § <br> Respondents. § | SA-26-CV-00313-OLG |

## ORDER FOR SERVICE

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. No. 1) filed by *pro se* Petitioner Marhyurish Diaz Sanjudo, who is currently detained at the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas. The Petition was originally filed by Michel Perez Alonso and Eraysis Siles Baez as next friends on behalf of Diaz Sanjundo. (*Id.*). Upon review, the Court rendered a Show Cause Order advising Alonso, Baez, and Diaz Sanjundo that Alonso and Baez appeared to lack standing to proceed as Diaz Sanjundo's next friends and that even if they had standing, as non–attorneys they could not represent Diaz Sanjundo in federal court. (Dkt. No. 4). Diaz Sanjundo filed a response to the Court's Show Cause Order. (Dkt. No. 6). In her response, Diaz Sanjundo asks the Court to permit her to proceed *pro se* in this matter, seemingly seeking to adopt the Petition filed on her behalf. (*Id.*). Upon review of the response, the Court will permit Diaz Sanjundo to adopt and ratify the Petition and proceed *pro se* in this matter. Accordingly, the Court will review the Petition as if filed by Diaz Sanjundo herself in a *pro se* capacity. Diaz Sanjundo is advised that she must sign and file any future documents in this matter on her own behalf as a *pro se* petitioner.

It is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1) and this Order by certified mail, return receipt requested, to the Office of the United States Attorney at the following address:

> **Mary F. Kruger**
> **United States Attorney's Office**
> **Chief, Civil Division**
> **601 NW Loop 410, Suite 600**
> **San Antonio, TX 78216**

Delivery by certified mail, return receipt requested, of those documents shall constitute sufficient service of process upon the federal Respondents.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Director, Karnes County Immigration Processing Center, with copies of the Petition (Dkt. No. 1) and this Order by certified mail, return receipt requested, at the following address:

> **Director/Warden**
> **Karnes County Immigration Processing Center**
> **409 FM 1144**
> **Karnes City, TX 78118**

Delivery by certified mail, return receipt requested, of those documents shall constitute sufficient service of process.

It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **within 10 days** after service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond. *See id.*

2. If Petitioner elects to file a reply, he may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** on February 17, 2026.

_____
ORLANDO L. GARCIA
United States District Judge